```
                                              FILED
                                       U.S. DISTRICT COURT
                                      EASTERN DISTRICT OF LA

                                       2000 MAR 28  P 3: 41

                                         LORETTA G. WHYTE
                                               CLERK
```

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LICENSED DESIGNS, INC.** | * | CIVIL ACTION NO. 00-0008 |
| **Plaintiff** | * | |
| | * | SECTION "J" |
| **versus** | * | JUDGE BARBIER |
| | * | |
| **CUSTOM EDGE, INC.** | * | MAGISTRATE 4 |
| **Defendant** | * | MAGISTRATE ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR EXTENSION OF TIME TO PLEAD

**NOW INTO COURT**, through undersigned counsel comes, Custom Edge, Inc. which hereby requests an additional twenty (20) days, or until April 20, 2000 within which to file its responsive pleadings in the above-captioned action. In support of this motion, Custom Edge, Inc. represents that based on information available to it, it is arguable that the last day to file responsive pleadings is today, March 28, 2000; that having recently retained counsel, it desires an additional twenty (20) days to investigate the matters alleged in the complaint and to prepare and file its responsive pleadings; that it has not previously requested or received an extension of time to

DATE OF ENTRY

MAR 3 0 2000

```
___ Fee _____
___ Process __✓__
_✓_ Dktd _____
___ CtRmDep ___
    Doc.No._3_
```

plead; and that the plaintiff has not filed in the record an objection to an extension of time.

**Respectfully submitted,**

STEEG AND O'CONNOR

_____
CHARLES L. STERN, JR. (Bar#12451)
201 St. Charles Ave., Suite 3201
New Orleans, Louisiana 70170
(504) 582-1199

**Attorneys for Custom Edge, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by placing same in the United States Mail, postage prepaid, this 28th day of March, 2000.

_____

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LICENSED DESIGNS, INC.** | * | CIVIL ACTION |
|     **Plaintiff** | * | |
| | * | NO. 00-0008 |
| **versus** | * | |
| | * | SECTION "J" |
| **CUSTOM EDGE INC.** | * | |
|     **Defendant** | * | MAGISTRATE 4 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

**IT IS ORDERED** that Defendant, Custom Edge, Inc.'s Motion for Extension of Time is and is hereby granted, extending Defendant's time to respond ~~to the Complaint to Monday, April 17, 2000.~~ *for 20 days beyond the date responsive pleadings would otherwise be due.*

**NEW ORLEANS, LOUISIANA,** this 27 day of March, 2000.

_____
UNITED STATES DISTRICT COURT JUDGE