

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 DEC 15 PM 2: 27

LORETTA G. WHYTE
      CLERK
```

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LICENSED DESIGNS, INC.** | * | CIVIL ACTION NO. 00-0008 |
|     **Plaintiff** | * | |
| | * | SECTION "J" |
| **versus** | * | JUDGE BARBIER |
| | * | |
| **CUSTOM EDGE, INC.** | * | MAGISTRATE 4 |
|     **Defendant** | * | MAGISTRATE ROBY |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### PROTECTIVE ORDER

In accordance with the Joint Motion for Protective Order submitted by the parties to this matter, the Court hereby enters the following Protective Order limiting the disclosure of confidential information:

1. All parties to this action believe, in good faith, that all documents and information disclosed during the course of discovery in this matter are confidential or proprietary information or information covered by a legitimate privacy right or interest. Therefore, all documents or information disclosed during the course of discovery is "confidential."

```
DATE OF ENTRY
DEC 1 8 2000
```



```
___Fee_____
___Process__
_X_/Dktd____
_√_/CtRmDep_
    Doc.No.__15
```

2. The parties and their counsel shall not disclose any documents or information produced to them and shall not make available or communicate such documents or information to any person, except that:

   (a) Counsel may disclose such information to paralegal, secretarial, clerical and accounting personnel who are employees of said counsel, to the extent that such disclosure is necessary for the preparation for any proceedings in this litigation. All such persons employed by counsel to whom counsel discloses such information pursuant to this subparagraph shall be bound by the terms of this Protective Order.

   (b) Counsel may disclose such information to experts and/or consultants retained by them or by their client, as well as to officers, employees and other attorneys of counsel's client in this matter, to the extent that such disclosure is necessary in connection with the preparation for and any proceedings in this matter. All persons to whom counsel discloses such information pursuant to this subparargraph shall agree to be bound by the terms of this Protective Order.

3.(a) In the event that any confidential documents or information pursuant to this Protective Order may be used or referred to during deposition, then only the deponent, his counsel, the parties

and their counsel, a court reporter and those persons bound by the terms of the Protective Order pursuant to paragraphs 2(a) and 2(b) above shall be present. Nothing contained herein, however, shall impair counsel's right to seek to limit the number of persons present at the deposition in accordance with the Federal Rules of Procedure and any other applicable procedural rules.

(b) The transcript of any deposition and the exhibits thereto shall be designated confidential and subject to the terms of this Protective Order.

4. Nothing herein shall prevent disclosure beyond the terms of this Order if the parties consent to such disclosure, or of the Court, after notice to all affected parties, orders such disclosure.

5. Neither the taking of any action in accordance with the provisions of this Protective Order, nor the failure to object thereto, shall be interpreted as a waiver of any claim or defense in this action.

6. Any disclosure of a document or information under this order by counsel shall be solely for the purpose of enabling counsel to obtain assistance in the preparation of this case for any motions or responses thereto, depositions, hearings, trial and appeal and shall be limited to such disclosure as may be reasonably necessary for such purpose. Any person obtaining access to such documents or information shall not

   make copies or reveal the contents of the documents or use the information for any other purpose.

7. Any dispute concerning matters relating to this Protective Order shall be resolved by the United States District Court for the Eastern District of Louisiana, which shall retain jurisdiction thereof until final determination of this proceeding.

8. This Order shall continue in force until dissolved.

**New Orleans, Louisiana, this** _14th_ **day of** _December_, 200_0_.

_____
JUDGE