

**MINUTE ENTRY**
**ROBY, M.J.**
**December 18, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LICENSED DESIGNS INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO:   00-0008** |
| **CUSTOM EDGE INC.** | **SECTION: "J" (4)** |

The undersigned Magistrate Judge was notified that negotiations were successful and a settlement was reached, therefore the Settlement Conference **(doc #6)** scheduled for December 21, 2000, is **Canceled.**

The District Judge's staff has been notified to enter a 60-day Order of Dismissal.

KAREN WELLS ROBY
**UNITED STATES MAGISTRATE JUDGE**

DATE OF ENTRY
DEC 1 8 2000

_Fee_____
____Process____
__X__ _Dktd.____
____CtRmDep____
____Doc.No.__